# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

140725

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

BOBBI SEHY NIEWIANDOMSKI,
       Plaintiff-Appellee,

v

                               SC: 140725
                               COA: 293954
                               Kalamazoo CC: 2009-000022-NH

CHRISTOPHER P. SMITH, M.D.,
HEALTHCARE MIDWEST ENT a/k/a
HEALTHCARE MIDWEST, P.C., and
MIDWEST EAR NOSE THROAT HEAD
AND NECK SURGERY CARE, P.C.,
       Defendants-Appellants.
_____/

      On order of the Court, the application for leave to appeal the January 27, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

p0920